UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALL-CLAD METALCRAFTERS, LLC, COOKWARE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to: 2:21-cv-505-NR | MDL No. 2988<br>Master Case No. 2:21-mc-491-NR |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Justin Mears, by his undersigned counsel and by stipulation of counsel for all Defendants, hereby gives notice that his claims in the above-captioned action is voluntarily dismissed, without prejudice.

Dated: August 25, 2021               Respectfully submitted,

/s/ Harper T. Segui
Harper T. Segui*
Martha Geer*
Rachel Soffin*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**
900 W. Morgan Street
Raleigh, NC 27603
T: 919-600-5000
hsegui@milberg.com
mgeer@milberg.com
rsoffin@milberg.com

*Co-Lead Counsel for Plaintiffs*

*Admitted *pro hac vice*.

We so stipulate:

        */s/ Christopher J. Dalton*
        Christopher J. Dalton*
        Melissa J. Bayly*
        **BUCHANAN INGERSOLL & ROONEY PC**
        550 Broad Street, Suite 810
        Newark, New Jersey 07102-4582

        Bridget J. Daley (PA ID. No. 316117)
        *bridget.daley@bipc.com*
        **BUCHANAN INGERSOLL & ROONEY PC**
        Union Trust Building
        501 Grant Street, Suite 200
        Pittsburgh, PA 15219-4413
        Phone: 412-562-8800
        Facsimile: 412-562-1041

        Pamela M. Ferguson*
        **LEWIS BRISBOIS BISGAARD**
        **& SMITH LLP**
        333 Bush Street, Suite 1100
        San Francisco, California 94104-2872

        *Counsel for All-Clad Metalcrafters, LLC and*
        *Groupe SEB USA, Inc.*

        *Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon all counsel of record via this Court's CM/ECF system.

This 25th day of August, 2021.    Respectfully submitted,

*/s/ Harper Segui*
Harper Segui