Ronald S. Kravitz (SBN 129704)
James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
rkravitz@sfmslaw.com
jshah@sfmslaw.com

Jeffrey S. Goldenberg (*admitted pro hac vice*)
GOLDENBERG SCHNEIDER, L.P.A.
One West 4th Street, 18th Floor
Cincinnati, OH 45249
Telephone: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

(Additional Attorneys for Plaintiff Listed on Signature Page)

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL SHIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLANTRONICS, INC.,<br><br>Defendant. | Case No. Case No.: 5:18-cv-05626-NC |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND CLASS NOTICE PROCEDURE AS IT APPLIES TO AMAZON, INC. CUSTOMERS**

Pursuant to Federal Rule of Civil Procedure 23(c)(1)(C),[1] Plaintiff respectfully requests that the Court amend the August 13, 2019 order preliminarily approving this Settlement (ECF No. 75) to permit Amazon, Inc., a third-party retailer who received a subpoena from Class Counsel, to issue an amended class notice ("Amazon Notice") by email to certain Class Members identified as purchasers of the Headphones. The Amazon Notice is attached as Exhibit A and will be issued directly by Amazon as an email to its customers who purchased the Headphones (approximately 70,000 Class Members). Amazon will issue the notice no later than December 3, 2019 (the current notice deadline is October 31, 2019). Class Counsel also request that the Court extend the opt-out and objection deadline for these Amazon Notice recipients from November 22, 2019 until December 17, 2019. These modifications will not affect any other case deadlines and will not require the Court to alter the December 20, 2019 fairness hearing date. Defendant does not oppose this motion.

In support of this unopposed motion, Plaintiff states as follows:

1) On August 13, 2019, the Court entered an Order granting Plaintiff's renewed motion for preliminary approval of class action settlement agreement and directing notice to the Settlement Class ("Preliminary Approval Order"). (ECF No. 75).

2) The Preliminary Approval Order orders that the Settlement Administrator and any third parties must complete the mailing or emailing of the full Settlement Notices and Short Form Notices to Class Members by October 31, 2019. (ECF No. 75, ¶14-b).

3) In preliminarily approving the Settlement Agreement, the Court approved long-form, postcard, and email notice documents substantially in the forms presented by Plaintiffs. (ECF No. 70-4).

---

[1] Rule 23(c)(1)(C) states: "Altering or Amending the Order. An order that grants or denies class certification may be altered or amended before final judgment." The Court granted preliminarily certification in its August 13, 2019 Order Granting Plaintiff's Renewed Motion for Preliminary of Class Action Settlement. (ECF. No. 75, p. 4)

Plaintiff's Unopposed Motion to Amend Class Notice Procedure
As It Applies to Amazon, Inc. Customers
5:18-cv-05626-NC

4) Pursuant to the Preliminary Approval Order, Class Members have until November 22, 2019 to request exclusion from or opt-out of the Class. (ECF No. 75, ¶19).

5) In accordance with the Preliminary Approval Order, except for those Class Members who purchased their Headphones from Amazon, class notice has been issued or will be issued by October 31, 2019.

6) After numerous conversations and email exchanges with Class Counsel in response to the third-party retailer subpoena it received, and citing the need to protect its customers' privacy and reduce customer confusion and dissatisfaction, Amazon proposed to issue the Amazon Notice directly to its customers as follows:

> No later than December 3, 2019—Amazon will email the Amazon Notice to its customers that purchased the Headphones. The Amazon Notice will be substantially in the form attached to the accompanying Exhibit A.

7) The Parties request that all Amazon Notice recipients have until December 17, 2019 to request exclusion from the Settlement or object to the Settlement. The Amazon Notice contains a December 17, 2019 objection and opt-out deadline. Also, the Settlement Website will be amended to make clear that Amazon Notice recipients will have until December 17, 2019 to opt-out or object to the Settlement.

8) Several courts have approved of Amazon sending similar direct email notices to its customers, including in the following cases:

   a. Order Approving Class Notice to Amazon.com Customers, *In re ARRIS Cable Modem Litigation*, No. 5:17-cv-01834-LHK (N.D. Cal. Feb. 13, 2019), ECF No. 168;

   b. Order Granting Stipulation to Modify Order Directing Notice to the Class, *Park et. al., v. ZUFFA LLC*, No. 2:17-cv-02282-APG-VCF (D. Nev. April 4, 2018), ECF No. 76;

    c. Declaration of Steven Weisbrot, Esq. of Angeion Group, LLC Re: Implementation of Notice Program, *In re Lenovo Adware Litigation*, No. 5:15-md-02624-HSG (N.D. Cal. Feb. 14, 2019), ECF 248-1 at Ex. D;

    d. Declaration of Tammy Malley-Naslund, *Wolf v. Hewlett-Packard*, No. 5:15-cv-01221-TJH (C.D. Cal. Sept. 4, 2018), ECF 136-8;

    e. Order Approving Class Notice to Amazon Customers, *In Re Nexus Products Liability Litigation,* No. 5:17-cv-02185-BLF HSG (N.D. Cal. Jun. 04, 2019), ECF No. 211-2;

9) Amazon has reported that—because of its ongoing business relationship with its customers—its past direct notice efforts have been quite successful, resulting in a high percentage of emails being opened, and a low percentage of emails being bounced back.

10) This motion—if approved—will not require an adjustment to the December 20, 2019 Final Fairness Hearing date.

Accordingly, Plaintiff respectfully requests that the Court: (1) approve the Amazon Notice, attached as Exhibit A; (2) direct Amazon to send the approved Amazon Notice to its customers who purchased the Headphones; and, (3) order that all recipients of the Amazon Notice shall have until December 17, 2019 to request exclusion from the Settlement Class or object to the Settlement. This change will not affect any other case deadlines.

Dated: October 30, 2019                          Respectfully submitted,

                                                                        */s/ Jeffrey S. Goldenberg*
                                                                        Jeffrey S. Goldenberg (*admitted pro hac vice*)
                                                                        Goldenberg Schneider, L.P.A.
                                                                        One West 4th Street, 18th Floor
                                                                        Cincinnati, OH 45202
                                                                        Telephone: (513) 345-8291
                                                                        Fax: (513) 345-8294
                                                                        jgoldenberg@gs-legal.com

Ronald S. Kravitz (SBN 129704)
James C. Shah (SBN 260435)
Shepherd, Finkelman, Miller & Shah, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
rkravitz@sfmslaw.com
jshah@sfmslaw.com

W.B. Markovits (*admitted pro hac vice*)
Justin C. Walker (*admitted pro hac vice*)
Terence R. Coates (admitted pro hac vice)
Markovits, Stock & DeMarco LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone: (513) 665-0200
Fax: (513) 665-0219
bmarkovits@msdlegal.com
jwalker@msdlegal.com
tcoates@msdlegal.com

*Attorneys for Plaintiff and the Class*

Plaintiff's Unopposed Motion to Amend Class Notice Procedure
As It Applies to Amazon, Inc. Customers
5:18-cv-05626-NC

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), I, Jeffrey S. Goldenberg, hereby attest that concurrences in the filing of the document has been obtained from each of the signatories.

Dated: October 30, 2019                              Goldenberg Schneider, L.P.A.

                                                     By: /s/ *Jeffrey S. Goldenberg*

EXHIBIT A

Subject:  Notice Regarding Class Action Settlement

Amazon is emailing you because our records indicate that you may have purchased Plantronics BackBeat FIT wireless sport headphones, version Genesis or 16M, between April 1, 2014 and October 31, 2019.  If so, you may be entitled to receive money (up to $50.00 per claim) or an extended warranty from a class action settlement.  In *Shin v. Plantronics, Inc.*, a federal court in California preliminarily approved the settlement of a class action lawsuit involving these products.

Amazon is sending this email on behalf of the parties to the lawsuit, and as required by the Court.  Because we are not involved in the lawsuit, we cannot assist you directly.  To determine whether you are a member of the class, obtain a copy of the Settlement Agreement, view the full notice approved by the Court, and file a claim, please go to [www.headphonesettlement.com](www.headphonesettlement.com) or call the Settlement Administrator at 1-800-983-6533.  The full notice also provides details on how to opt out or object to the settlement.  Opt outs and objections must be submitted by December 17, 2019.  Claims must be submitted by December 31, 2019.

If you have questions about the settlement, please contact the Settlement Administrator at 1-800-983-6533.  Please do not respond to this email directly.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL SHIN on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLANTRONICS, INC.,<br><br>Defendant. | Case No.: 5:18-cv-05626 |

**[Proposed] ORDER APPROVING CLASS NOTICE TO AMAZON, INC. CUSTOMERS**

Having reviewed and considered Plaintiff's Unopposed Motion To Amend Class Notice Procedure As It Applies To Amazon, Inc. Customers ("Motion"), and for good cause shown, the Court hereby:

1) Approves the Amazon Notice attached as Exhibit A to the Motion;

2) Directs Amazon to email no later than December 3, 2019 the approved Amazon Notice to Amazon customers who purchased the Headphones; and,

3) Orders that all Amazon Notice recipients shall have until December 17, 2019 to request exclusion from the Settlement Class or to object to the Settlement.

4) Directs Amazon to provide a declaration to the Court on or before December 10, 2019 indicating compliance with this Order.

**DONE AND ORDERED** in Chambers at United States District Court for the Northern District of California, this _____ day of _____ 2019.

_____
NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on October 30, 2019. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

DATED: October 30, 2019

GOLDENBERG SCHNEIDER, L.P.A.

*/s/Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg