UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALL-CLAD METALCRAFTERS, LLC, COOKWARE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2988<br>Master Case No. 2:21-mc-491-NR |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Excess Pages for their Motion for Final Approval of Class Action Settlement ("Final Approval Motion"). Having reviewed the Motion, the Court finds there is good cause to allow Plaintiffs to file an over-length Final Approval Motion to aid the Court in making its determination as to granting final approval. Accordingly, it is hereby **ORDERED**:

1. The Motion is **GRANTED**.

2. Plaintiffs have leave to file their Motion for Final Approval of Class Action Settlement not to exceed forty (40) pages in length.

It is so **ORDERED**.

DATED: December 28, 2022

s/ J. Nicholas Ranjan
HONORABLE J. NICHOLAS RANJAN
UNITED STATES DISTRICT JUDGE