IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALL-CLAD METALCRAFTERS, LLC, COOKWARE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to All Actions | MDL NO. 2988<br>Master Case No. 21-mc-491-NR |

## ORDER

For the reasons stated in the preceding Opinion, it is hereby **ORDERED** as follows:

1. The parties' Motion for Final Approval of the settlement agreement (ECF 91) is **GRANTED**.

2. The objection filed at ECF 86 is **OVERRULED**.

3. The objection filed at ECF 92-2, pp. 86-89 is **OVERRULED as moot**.

4. The following settlement class is **CERTIFIED**:

> "[a]ll persons in the United States, including Puerto Rico and the District of Columbia, who, since January 1, 2015, have purchased All-Clad D3, D5, or LTD Cookware. Excluded from the Settlement Class are Defendants, as well as Defendants' affiliates, employees, officers, and directors, attorneys, agents, insurers, and the attorneys representing Defendants in this case; the judges and mediators to whom this case is assigned and their immediate family members; all persons who request exclusion from (opt-out of) the Settlement; anyone claiming personal injury, property damage (other than to their Cookware), or subrogation; and all persons who previously released any claims encompassed in this Settlement."

ECF 77-1, p. 7. The class members on the opt-out list (ECF 92-2, p. 39) are hereby excluded from the class.

- 2 -

5. Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (ECF 82) is **GRANTED** in part and **DENIED** in part. Consistent with the terms of the settlement agreement, $1,437,215.50 in attorneys' fees will be due and payable by All-Clad to class counsel within 30 days of the effective date of the settlement agreement. $59,805.56 in litigation expenses will also be due and payable at that time.

6. After completion of the claims administration process as part of the settlement agreement, the parties shall file a joint notice with the Court certifying the completion of the process (*i.e.*, the point in time at which all of the actions in Sections 15 and 16 of the settlement agreement have been completed). At that time, the Court will issue an order authorizing payment of $503,025.43 in fees to class counsel. Payment will be due within **14 days** of that order.

7. The Court declines to order any service awards to the named Plaintiffs.

DATED this 17th day of February, 2023.   BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge